## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date: **November 5, 2009**                                          HONORABLE HOWARD R. TALLMAN, Presiding

In re:
**Vail Plaza Development, LLC, and Vail Plaza Mezzanine, LLC**,
                                                                                                 Debtors.

Case No. **08-26920 -HRT**
Chapter 11

|              | Appearances                        | (* by telephone) |                                  |
|--------------|------------------------------------|------------------|----------------------------------|
| Debtors      |                                    | Counsel          | **Harvey Sender, David Wadsworth** |
| Creditor     | **Shaw Construction, LLC**         | Counsel          | **Mark Fulford**                  |
| Creditor     | **Capmark Bank**                   | Counsel          | **John Weiss, Mike Williams**     |
| Creditor     | **176 Club Estate Owners**         | Counsel          | **Brittin Clayton**               |
| Creditor     | **Vail Plaza HOA**                 | Counsel          | **Garry Appel**                   |
| Creditor     | **B&B Electric**                   | Counsel          | **Chris Coyle,*Dan Wennogle***    |
| Creditor     | **Ballard Spahr**                  | Counsel          | **Patrick Pugh**                  |
| Creditor     | **Commercial Design Eng'g**        | Counsel          | **Tom Bell**                      |
| Creditor     | **Zehren & Associates**            | Counsel          | **Paul Urtz**                     |
| Creditor     | **ARC**                            | Counsel          | **Rich Arnold***                  |
| Creditor     | **HVS Capital**                    | Counsel          | **Richard Brown**                 |
|              | **Ferruco Vail Ventures LLC**      | Counsel          | **Dennis Jenkins***               |
|              | **Apollo Real Est./Biltmore Cap.** | Counsel          | **David Treadwell**               |
|              | **U.S. Trustee**                   | Counsel          | **Alison Goldenberg***            |

**Proceedings:**   [ ] **Evidentiary Hearing**      [XX ] **Non-evidentiary Hearing**

Continued Hearing on the adequacy of all pending disclosure statements, including:

a. Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Debtor Vail Plaza Development, LLC Filed by 176 Club Estate Owners and Capmark Bank (docket #526);

b. Disclosure Statement for Vail Plaza Development, LLC's Third Amended Plan of Reorganization Dated October 22, 2009 and Vail Plaza Mezzanine, LLC's Second Amended Plan of Reorganization Dated August 7, 2009 (docket #517); and

c. Shaw Construction LLC's Third Amended Disclosure Statement for its Third Amended Plan of Liquidation Dated September 16, 2009, under Chapter 11 of the Bankruptcy Code (docket #511)

[X]    The parties entered their appearances and made statements to the Court.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re:<br>**Vail Plaza Development, LLC, and Vail Plaza Mezzanine, LLC**, | Debtors. | Case No. **08-26920 -HRT**<br>Chapter 11 |

Orders:

[X]   For the reasons stated on the record, the Court will approve the adequacy of the three above-listed disclosure statements by separate order.

[X]   The Court set the following deadlines:

- Plan proponents must submit their plans, disclosure statements, solicitation letters, and separate ballots if the parties are unable to agree on one ballot, to counsel for the Debtors by **Monday, November 9, 2009, at 5:00 p.m.**
- The package must be mailed by **Wednesday, November 11, 2009**.
- Ballots must be received by **Friday, December 4, 2009, at 5:00 p.m.**
- Ballot summaries must be filed by **Monday, December 7, 2009, at 5:00 p.m.**
- Objections to confirmation of any plan must be filed by **Tuesday, December 8, 2009.**
- Plan proponents must file proffers by **Thursday, December 10, 2009.**
- Plan proponents must exchange and file witness and exhibit lists by **Thursday, December 10, 2009.**
- The Court will hold a confirmation hearing on all plans beginning **Monday, December 14, 2009, at 9:00 a.m.**, and continuing day to day as needed, in Courtroom **B.**

Date: November 5, 2009

FOR THE COURT:
*Bradford L. Bolton, Clerk*

By:   /s/ K. Lane Cutler
       Deputy Clerk