UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
VAIL PLAZA DEVELOPMENT, LLC, ) Case No. 08-26920 HRT
) Chapter 11
Debtor. )
_____ )
)
In re: ) Case No. 08-26924 HRT
) Chapter 11
VAIL PLAZA MEZZANINE, LLC, )
)
Debtor. ) Jointly Administered
) Under Case No. 08-26920 HRT
_____

**ORDER APPROVING DISCLOSURE STATEMENTS
AND SETTING CONFIRMATION HEARING**

THIS MATTER comes before the Court for consideration of the adequacy of the following disclosure statements (collectively, the "Disclosure Statements"):

a. The Disclosure Statement for Joint Chapter 11 Plan of Liquidation for Debtor Vail Plaza Development, LLC Filed by 176 Club Estate Owners and Capmark Bank (docket #526);

b. The Disclosure Statement for Vail Plaza Development, LLC's Third Amended Plan of Reorganization Dated October 22, 2009 and Vail Plaza Mezzanine, LLC's Second Amended Plan of Reorganization Dated August 7, 2009 (docket #517); and

c. Shaw Construction LLC's Third Amended Disclosure Statement for its Third Amended Plan of Liquidation Dated September 16, 2009, under Chapter 11 of the Bankruptcy Code (docket #511)

Adequate notice was given and all objections were resolved by agreement of the parties or by the Court, as stated on the record in open court on November 5, 2009. The Court hereby

**FINDS** that each of the above Disclosure Statements contains adequate information pursuant to 11 U.S.C. § 1125.

**IT IS THEREFORE ORDERED** that the Disclosure Statements are **APPROVED.**

**IT IS FURTHER ORDERED** that:

1. Each Plan Proponent and all parties in interest may now solicit acceptance or rejection of its respective Plan pursuant to 11 U.S.C. § 1125.

2. On or before **November 11, 2009**, the Plan Proponents shall transmit by mail to all creditors and parties in interest whose votes are to be solicited, the Plans and Disclosure Statements, any solicitation letters, a copy of this Order, and one or more Ballot(s) for Voting on the Plans. The Plan Proponents shall transmit the same documents, excluding the ballot, to the United States Trustee. At least ten (10) days prior to the Confirmation Hearing, counsel for the Debtors shall file a certificate of service evidencing compliance with this Order.

3. Ballots accepting or rejecting the Plans must be submitted, in writing, by the holders of all claims or interests, on or before **5:00 p.m. on Friday, December 4, 2009,** to counsel for the Debtors at Sender & Wasserman. P.C., 1660 Lincoln Street, Suite 2200, Denver, Colorado 80264.

4. On or before **Monday, December 7, 2009, at 5:00 p.m.** counsel shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

5. On or before **Tuesday, December 8, 2009**, any objection to confirmation of any Plan shall be filed with the Court, with a copy provided to the Plan Proponent's counsel.

6. A hearing for consideration of confirmation of each Plan and any objections thereto (confirmation hearing) is set for **Monday, December 14, 2009, at 9:00 a.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, **Courtroom B**, U.S. Custom House, 721 19th Street, Denver, Colorado. The confirmation hearing shall continue from day to day as necessary.

7. If any Plan Proponent proposes to further amend or modify its Plan in response to any objection, at least 24 hours prior to the confirmation hearing the Plan Proponent shall file with the Court and deliver to all objecting parties a response which specifically identifies any amendment(s) made in response to an objection. To such response, the Plan Proponent shall attach a red-line copy of the Plan reflecting such amendments.

8. If the confirmation hearing involves a contested factual issue, any party intending to introduce any exhibits or call any witnesses at the hearing shall, **on or before Thursday, December 10, 2009,** (a) deliver to opposing counsel, a list and photocopies of the proposed exhibits pre-marked for identification, and a

schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called.  The original plus one copy of each exhibit shall be tendered to the Court at the commencement of the hearing.  The copy shall be used by the Court and the original shall be used by the witness(es).

9. On or before **Thursday, December 10, 2009**, each Plan Proponent must file with the Court a proffer of evidence supporting confirmation of its Plan.

**IT IS FURTHER ORDERED** that the hearing on the confirmation of the Plan may be continued from time to time by order made in open court without other written notice to any parties in interest.

Dated this 5th day of November, 2009.

BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Chief Judge
United States Bankruptcy Court