## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-26920 HRT |
| Vail Plaza Development, LLC | ) | (Chapter 11) |
| EIN : 75-1981329 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| Vail Plaza Mezzanine, LLC | ) | Case No. 08-26924 HRT |
| EIN: 75-1981329 | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 08-26920 HRT |
| | ) | |

## SHAW'S EMERGENCY AND FORTHWITH MOTION FOR APPROVAL OF SUPPLEMENT TO DISCLOSURE STATEMENT

### AND

## SUBMISSION OF FOURTH AMENDED PLAN OF LIQUIDATION DATED NOVEMBER 20, 2009 UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Secured and unsecured creditor Shaw Construction LLC ("Shaw") requests emergency and forthwith approval of Shaw's proposed Supplemental Disclosure concerning its Fourth Amended Plan and shorten the time for consideration of this Disclosure. Shaw also submits its Fourth Amended Plan of Liquidation Dated November 20, 2009 Under Chapter 11 of the Bankruptcy Code ("Shaw's Fourth Amended Plan") pursuant to Bankruptcy Code Section 1127 and Bankruptcy Rule 3019.

### BACKGROUND

1.      Shaw has been approached by a potential purchaser of the Vail Plaza Hotel & Club ("Hotel") that is an affiliate of an entity that has been working with Debtor Vail Plaza Development LLC ("VPD"), AREA Property Partners ("AREA"). Another AREA entity had previously offered to purchase the Hotel in August for $45 million, and had reduced this price to $37.5 million, as presented in VPD's October 22, 2009 Plan.

LITIGATION\2127327.3

2.      The AREA affiliate has proposed a sale of the Hotel on new terms.  The AREA affiliate is now willing to buy the hotel for $46 million, without acquiring the $5 million of fractional and parking sale escrows.  This offer is, therefore, the equivalent of $51 million.  It is payable $20 million in cash, and $26 million in a 5 year note.

3.      This is a "stalking horse" bid and can be topped by a higher or better offer.  It is not a private sale.

4.      The transaction AREA's affiliate had previously negotiated with the debtor provided for up to $7 million going to VPD's insiders in a profits participation, plus two years of employment for Valdir Prado and his daughter, worth approximately $395,000.  Neither the $7 million profits interest nor the employment is in the AREA proposal submitted by Shaw.  Effectively, those funds are now being made available to VPD's creditors.

5.      The $52 million offer to purchase the Hotel submitted by 176 Club Estate Owners and Capmark Bank in their Joint Plan (the "Owners/Bank Plan") requires court approval by December 4, 2009 as a condition of closing.  The hearing on Plan Confirmation is set for December 14, 2009.  The purchaser, Ferruco Vail Ventures LLC ("Ferruco") has refused to waive the December 4, 2009 condition.  Shaw believes Ferruco intends to terminate its offer, or agree to close only at a reduced price.

6.      Shaw believes it is important to try to sell the Hotel before the high season beginning in the second half of December, 2009.  Shaw believes that will produce the highest and best price, most promptly.

## SUPPLEMENTAL DISCLOSURE

7.      Shaw wants creditors to know of these revisions as they are voting.  The voting deadline is December 4, 2009.  To provide this information to creditors, Shaw has prepared the attached proposed Supplemental Disclosure.

8.      In order to get this information in creditor's hands so they have time to consider it before the December 4, 2009 voting deadline, Shaw requests the Court to consider this disclosure as promptly as possible.

9.      Very extensive disclosure has already occurred in this case, after lengthy consideration by the Court and by interested parties.  This Supplemental Disclosure informs creditors of new information arising after that original disclosure was approved, and relates to the possibility of an immediate sale that was suggested in general terms in Shaw's Disclosure Statement, where Shaw advised creditors that it might submit a "stalking horse" bid for a purchase of the Hotel (Shaw's Fourth Amended Disclosure Statement Dated November 11, 2009, Article X(A)(4), at page 19). The proposed Supplemental Disclosure now informs creditors of the details of the "stalking horse" bid.  Shaw believes that having this bid submitted for consideration will promote sale of the Hotel.

LITIGATION\2127327.3

10.     Shaw also believes that its proposed Supplemental Disclosure is within the ambit of the disclosure already approved by the Court, but is requesting prior Court approval in order to be entirely safe.  The expedited consideration is necessitated in part by the intervening holiday.

## MODIFICATION

11.     Shaw submits its modified plan and a blackline showing changes back to Shaw's September 16, 2009, Third Amended Plan as respectively Exhibits A and B.

WHEREFORE secured and unsecured creditor Shaw Construction LLC requests the Court to approve Shaw's Supplemental Disclosure on as expeditious a basis as possible, shorten the time for consideration of this Supplemental Disclosure, and to enter such other and further relief as may be appropriate.

Date: November 20, 2009

Respectfully submitted,

SHERMAN & HOWARD L.L.C.

By: /s/ Mark L. Fulford
Mark L. Fulford
Michael J. Cook
633 17th Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2900

Attorneys for Shaw Construction LLC

3

## CERTIFICATE OF MAILING

I hereby certify on this 20th day of November, 2009 a true and correct copy of the foregoing S**HAW'S EMERGENCY AND FORTHWITH MOTION FOR APPROVAL OF SUPPLEMENT TO DISCLOSURE STATEMENT AND SUBMISSION OF FOURTH AMENDED PLAN OF LIQUIDATION DATED NOVEMBER 20, 2009 UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**, and Exhibits A and B (Shaw's Fourth Amended Plan in clean and blackline) and Exhibit C, Shaw's Supplemental Disclosure.

Harvey Sender, Esq.
David Wadsworth, Esq.
Sender & Wasserman, P.C.
1660 Lincoln Street, Suite 2200
Denver, CO 80264

F. Brittin Clayton III, Esq.
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202

John R. Weiss, Esq.
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603

Michael P. Williams, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, Suite 1600
Denver, CO 80202

Jack Smith, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979

Joseph H. Lemkin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

Robert B. Kaplan, Esq.
Nicolas De Lancie, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

US Trustee
Attention:  Alison Goldenberg, Esq.
999 18th Street, Suite 1551
Denver, CO 80202

Gilbert R. Egle, Esq.
Preeo Silverman Green & Egle, P.C.
1401 Seventeenth Street, Suite 800
Denver, CO 80202

Jon B. Clarke, Esq.
5290 DTC Parkway, Suite 150
Greenwood Village, CO 80111-2764

Thomas C. Bell, Esq.
William A. Bianco, Esq.
Shannon Wells Stevenson, Esq.
1550 17th Street, Suite 500
Denver, CO 80202

James Belgum, Esq.
1400 16th Street, 6th Floor
Denver, CO 80202

4

LITIGATION\2127327.3

Peter B. Goldstein, Esq.
1875 Lawrence Street, Suite 740
Denver, CO 80202


Garry R. Appel, Esq.
Appel & Lucas, P.C.
1917 Market Street, Suite A
Denver, CO 80202


Christopher Coyle, Esq.
Daniel Wennogle, Esq.
Balcomb & Green, P.C.
P.O. Drawer 790
818 Colorado Avenue
Glenwood Springs, CO 81601


John A. Logan, Esq.
Laff Campbell Tucker & Gordon, LLP
7730 E. Belleview Avenue, Suite 204
Greenwood Village CO 80111


Paul G. Urtz, Esq.
Stutz, Miller & Urtz, LLC
1660 Lincoln Street, #2850
Denver, CO 80264


Dustin L. Kitson, Esq.
1200 17th Street, Suite 1900
Denver, CO 80202


Paul D. Sinclair, Esq.
Andrew J. Nazar, Esq.
Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Peter J. Lucas, Esq.
L. Matthew Johnson, Esq.
Appel & Lucas, P.C.
1917 Market Street, Suite A
Denver, CO 80202


Christian Caslin, Esq.
Wolf & Associates, P.C.
953 S. Frontage Rd. W, Suite 223
Vail, CO 81657


Matthew D. Skeen, Esq.
Skeen & Skeen, PC
P.O. Box 218
707 Brownell Street
Georgetown, CO 80444


Jean C. Arnold, Esq.
Arnold & Arnold, LLP
7691 Shaffer Parkway, Suite A
Littleton, CO 80127


Phillip Jones, Esq.
200 N. 6th Street
P.O. Box 338
Grand Junction, CO 81502


William R. Meyer, Esq.
Polsinelli Shughart PC
1515 Wynkoop, Suite 600
Denver, CO 80202-1130


Richard Brown, Esq.
Lottner Rubin Fishman Brown & Saul, P.C.
633 17th Street, Suite 2700
Denver, CO 80202


/s/ Roberta Neal

5

LITIGATION\2127327.3