## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-26920 HRT |
| Vail Plaza Development, LLC | ) | (Chapter 11) |
| EIN : 75-1981329 | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| Vail Plaza Mezzanine, LLC | ) | Case No. 08-26924 HRT |
| EIN: 75-1981329 | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | Jointly Administered Under |
| | ) | Case No. 08-26920 HRT |
| | ) | |

_____

## ORDER APPROVING SUPPLEMENT TO DISCLOSURE STATEMENT

_____

THIS MATTER comes before the court on Shaw's Emergency and Forthwith Motion for Approval of Supplement to Disclosure Statement (the "Motion"). The Court has reviewed the file and is informed in the premises, and it is therefore

ORDERED that the Motion is hereby GRANTED, Shaw's Supplement to Disclosure Statement is approved and Shaw may send it to Creditors in this case.

Dated this __23rd__ day of November, 2009.

BY THE COURT

_____
The Honorable Judge Howard R. Tallman
Chief Bankruptcy Judge

LITIGATION\2127886.1