**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| VAIL PLAZA DEVELOPMENT, LLC ) | Case No. 08-26920 HRT |
| EIN: 75-1981329 ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | Case No. 08-26924 HRT |
| ) | Chapter 11 |
| In re: ) | |
| ) | |
| VAIL PLAZA MEZZANINE, LLC, ) | |
| EIN: 75-1981329 ) | **Jointly Administered** |
| Debtor. ) | **Under Case No. 08-26920 HRT** |

**BALLOT SUMMARY**

Vail Plaza Development, LLC, Debtor herein, by and through its undersigned counsel, Sender & Wasserman, P.C., hereby submits the Ballot Summary in the above-captioned matter.

# NET PROFITS PLAN

## CLASS 1 – Allowed Tax Claims

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Eagle County 500 Broadway Eagle, CO 81631 | Not scheduled | None filed | $600,000.00 | $600,000.00 | | X |
| | | | TOTAL: | $600,000.00 | | $600,000.00 |

**CLASS 2(a) – Allowed Senior Secured Claim of Vail Plaza Condominium Association**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Condominium Assn. 2150 Alpine Dr. West Vail, CO 81657 | Not scheduled | $2,375,000 | $2,375,000 | $2,375,000 | | X |
| | | | TOTAL: | $2,375,000 | | $2,375,000 |

**CLASS 2(b) – Allowed Junior Secured Claim of Vail Plaza Condominium Association**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Condominium Assn. 2150 Alpine Dr. West Vail, CO 81657 | Not scheduled | $17,528,370 | $17,528,370 | $17,528,370 | | X[1] |
| | | | TOTAL: | $17,528,370 | | $17,528,370 |

**CLASS 3 – Allowed Secured Claims of Mechanic's Lien Claimants**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| A Phase Electric PO Box 1564 Avon, CO 81620 | Not Scheduled | $31,050.00 | $31,050.00 | $31,050.00 | | X |
| B&B Electric, Inc. 704 23 2/10 Road Grand Junction, CO 81505 | $955,386.00 | $958,779.39 | $958,779.39 | $958,779.39 | | X |
| Commercial Design Engineering, Ltd. 2710 Delta Place Colorado Springs, CO 80910 | $3,723,270.07 | $4,326,745.76 (secured) | $4,326,745.76 (secured) | $4,326,745.76 | | X |
| Custom Installers, LLC c/o James Belgum, Esq. 1400 16th St., 6th Floor Denver, CO 80202 | $82,769.00 | $99,727.04 | $99,727.04 | $99,727.04 | | X |

---

[1] Two of the three board members of the Vail Plaza Condominium Association resigned on Wednesday, December 2, 2009. The ballot cast by the Association was cast after the resignations by the sole remaining board member, Robert Vogl.

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| G.H. Daniels & Assoc. 140 G.H. Daniels Blvd. Gypsum, CO 81637 | $23,169.40 | $21,980.39 | $23,169.40 | $21,980.39 | | X |
| Guy's Floor Service, Inc. c/o transferee Shaw Construction, LLC Mark Fulford, Esq. 633 17th St., Suite 3000 Denver, CO 80202 | $176,623.20 | $176,623.20 | $176,623.20 | $176,623.20 | | X |
| M&D Construction, Inc. 7808 Cherry Creek Dr. S. Suite 212 Denver, CO 80231 | $828,740.75 | $910,503.82 | $910,503.82 | $910,503.82 | | X |
| Midwest Drywall Co. 1351 S. Reca Court Wichita, KS 67209 | Not scheduled | $43,698.00 | $43,698.00 | $43,698.00 | | X |
| Salina Planing Mill, Inc. 1100 West Crawford Salina, KS 67401 | $358,807.79 | $603,869.75 | $573,384.20 | $603,869.75 | | X |
| Shaw Construction, LLC 760 Horizon Drive Grand Junction, CO 81506 | $8,100,260.85 | $8,100,260.85 | $16,839,270.21 | $8,100,260.85 | | X |
| Slifer Designs, Inc. 216 Main St., Suite C-100 Edwards, CO 81632 | $386,485.73 | $404,129.01 | $404,129.01 | $404,129.01 | | X |
| The Gallegos Corporation PO Box 821 Vail, CO 81658 | $187,051.66 | $187,051.66 | $187,051.66 | $187,051.66 | | X |
| Zehren and Assoc., Inc. c/o Paul G. Urtz, Esq. 1660 Lincoln St., #2850 Denver, CO 80264 | $379,750.67 | $437,264.52 | $437,264.25 | $437,264.25 | X | |
| | | | TOTAL: | $16,301,683.12 | $437,264.25 | $15,864,418.87 |

## CLASS 3 – No Proof of Claim Filed

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Synthetic Sidings, Inc. 33 Violet Lane Eagle, CO 81631 | $800.00 (unsecured) | None filed | $880.00 | $880.00 | | X |
| W. West Equipment c/o David Leyden, Esq. 9355 Northfield Blvd. Denver, CO 80238 | Not scheduled | None filed | $78,918.72 | $78,918.72 | | X |
| | | | TOTAL: | $79,798.72 | $0.00 | $79,798.72 |

## CLASS 4 – Allowed Secured Claim of Capmark Bank

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Capmark Bank 6955 Union Park Center Suite 330 Salt Lake City, UT 84047  116 Welsh Road Horsham, PA 19044 | $23,663,131.00 | $25,420,927.74 | $28,904,284.88 | $25,420,927.74 | | X |
| | | | TOTAL: | $25,420,927.74 | $0.00 | $25,420,927.74 |

## CLASS 5 – Allowed Claims of Holders of Unexpired Equipment Leases or Executory Contracts

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| No votes | | | | | | |
| | | | TOTAL: | $0.00 | $0.00 | $0.00 |

**CLASS 6 – Allowed Claims of Unsecured Non-Insider Trade Creditors of Development, Including Allowed Claims of any Taxing Authority for Penalties not Related to Actual Pecuniary Loss**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| ARC Integrated Program Management c/o Arnold & Arnold 7691 Shaffer Parkway Suite A Littleton, CO 80127 | $167,077.27 | $175,379.51 | $175,379.00 | $175,379.51 | | X |
| Ballard Spahr, LLP 1225 17th St., Suite 2300 Denver, CO 80202 | $425,063.74 | $573,506.37 | $573,506.00 | $573,506.37 | | X |
| Commercial Design Engineering, Ltd. 2710 Delta Place Colorado Springs, CO 80910 | Not scheduled | $130,172.60 (unsecured) | $130,172.60 (unsecured) | $130,172.60 | | X |
| Faegre & Benson, LLP 1900 15th Street Boulder, CO 80302 | $39,119.00 | $39,409.50 | $39,409.50 | $39,409.50 | | X |
| Guy's Floor Service, Inc. c/o transferee Shaw Construction, LLC Mark Fulford, Esq. 633 17th St., Suite 3000 Denver, CO 80202 | Not scheduled | $1,536.00 | $1,536.00 | $1,536.00 | | X |
| MSC Industrial Supply 75 Maxess Road Melville, NY 11747 | $14.09 | $316.10 | $14.09 | $316.10 | X | |
| RE/COR Inc. 8025 South Logan Court Littleton, CO 80122 | $2,115.00 | $2,115.00 | $2,115.00 | $2,115.00 | X | |
| Schuff Steel Mgmt. Co. c/o Scott Sandberg, Esq. 1200 17th St., Suite 1900 Denver, CO 80202 | $0.00 | $749,967.86 | $749,967.86 | $749,967.86 | | X |
| Shaw Construction, LLC 760 Horizon Drive Grand Junction, CO 81506 | $6,132.00 | No unsecured amount included on POC | $1,164,430.00 | $1,164,430.00 | | X |
| | | | TOTAL: | $2,836,832.94 | $2,431.10 | $2,834,401.84 |

**CLASS 6 – No Proof of Claim Filed**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Commercial Specialists of Western Colorado, LLC 601Mulberry Street Grand Junction, CO 81501 | Not scheduled | None filed | $13,827.30 | $13,827.30 | | X |
| Hospitality Trends PO Box 5020 Eagle, CO 81631 | $1,297.20 | None filed | None | $1,297.20 | | X |
| Marotta Gund Budd & Dzera, LLC 360 Lexington Avenue New York, NY 10017 | $22,741.50 | None filed | $36,637.00 | $36,637.00 | X | |
| Millette Holdings, Inc. 2150 Alpine Vail, CO 81657 | Not scheduled | None filed | $36,838.81 | $36,838.81 | | X |
| Oldcastle SWG d/b/a B&B Excavating PO Box 3609 Grand Junction, CO 81502 | $39,874.87 | None filed | $39,874.00 | $39,874.00 | | X |
| Rolf Jensen & Assoc. 600 West Fulton Chicago, IL 60661 | Not scheduled | None filed | $3,200.00 | $3,200.00 | X | |
| Thompson Welding, LLC PO Box 687 Eagle, CO 81631 | $12,316.32 | None filed | $3,300.00 | $3,300.00 | | X |
| Vail Plaza Hotel Management, LLC 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | $1,898,456.00 | $1,898,456.00 | X | |
| Vail Plaza Hotel Management, LLC 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | $370,000.00 | $370,000.00 | X | |
| | | | TOTAL: | $2,403,430.31 | $2,308,293.00 | $95,137.31 |

**CLASS 7 – Allowed Claims of Club Unit Owners for Compensatory Damages**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Bruce and Debra Clay 21 Lefferts Road Garden City, NY 11530 | $0.00 | $333,142.00 | None | $333,142.00 | | X |

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Heliox Capital Limited Montes Urales 632-401 11000 Mexico City DF Mexico | Not scheduled | $713,296.00 | None | $713,296.00 | | X |
| Tommy Hoffman 1000 Lions Ridge Loop Suite 3-A Vail, CO 81657 | $0.00 | $487,050.00 | None | $487,050.00 | | X |
| Glen and Diane Mogan c/o F. Brittin Clayton 1001 17th St., Suite 1800 Denver, CO 80202 | $0.00 | $259,862.00 | None | $259,862.00 | | X |
| Ford Schick/Waterfront Development, LLC c/o F. Brittin Clayton 1001 17th St., Suite 1800 Denver, CO 80202 | $0.00 | $371,053.00 | None | $371,053.00 | X | |
| 102 Class 7 Ballots submitted by F. Brittin Clayton, as agent | $0.00 | | $23,259,454 | $23,259,454 | | X |
| | | | TOTAL: | $25,423,857 | $371,053 | $25,052,804 |

## CLASS 7 – No Proof of Claim Filed

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Daniel Gasper & Cynthia Marlen 10699 E. Fernwood Ln. Scottsdale, AZ 85262 | Not scheduled | None filed | $168,000.00 | $168,000.00 | | X |
| William L. Grammer 15462 Iron Horse Circle Leawood, KS 66224 | $0.00 | None filed | $52,500.00 | $52,500.00 | X | |
| Robin Sullivan c/o Michael Joyce, LLC 1900 Main St., 5th Floor Irvine, CA 92614 | $0.00 | None filed | None | $0.00 | | X |
| | | | TOTAL: | $220,500.00 | $52,500.00 | $168,000.00 |

## CLASS 8 – Allowed Claims for Punitive or Exemplary Damages

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| 102 Class 8 Ballots submitted by F. Brittin Clayton, as agent | $0.00 | | $26,045,126 | $26,045,126 | | X |
| | | | TOTAL: | $26,045,126 | $0.00 | $26,045,126 |

## CLASS 9 – Allowed Claims of Daymer Corporation

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Daymer Corporation 16 Vail Road Vail, CO 81657 | $17,286.87 | $4,551,399.00 (#18) $2,644,112.00 (#19) | $4,551,399.00 | $4,551,399.00 | X | |
| | | | TOTAL: | $4,551,399.00 | $4,551,399.00 | $0.00 |

## CLASS 10 – Equity Interest of Vail Plaza Mezzanine

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Mezzanine 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | Equity | Equity | X | |
| | | | TOTAL: | Equity | Equity | $0.00 |

## CLASS 11 – Late Filed Claims

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| No votes | | | | | | |
| | | | TOTAL: | $0.00 | $0.00 | $0.00 |

# NEWCO PLAN

### CLASS 1 – Allowed Tax Claims

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Eagle County 500 Broadway Eagle, CO 81631 | Not scheduled | None filed | $600,000.00 | $600,000.00 | | X |
| | | | TOTAL: | $600,000.00 | $0.00 | $600,000.00 |

### CLASS 2(a) – Allowed Senior Secured Claim of Vail Plaza Condominium Association

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Condominium Assn. 2150 Alpine Dr. West Vail, CO 81657 | | $2,375,000 | $2,375,000 | $2,375,000 | $0.00 | X |
| | | | TOTAL: | $2,375,000 | $0.00 | $2,375,000 |

### CLASS 2(b) – Allowed Junior Secured Claim of Vail Plaza Condominium Association

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Condominium Assn. 2150 Alpine Dr. West Vail, CO 81657 | | $17,528,370 | $17,528,370 | $17,528,370 | | X |
| | | | TOTAL: | $17,528,370 | $0.00 | $17,528,370 |

### CLASS 3 – Allowed Secured Claims of Mechanic's Lien Claimants

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| A Phase Electric PO Box 1564 Avon, CO 81620 | Not Scheduled | $31,050.00 | $31,050.00 | $31,050.00 | | X |

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| B&B Electric, Inc.<br>704 23 2/10 Road<br>Grand Junction, CO 81505 | $955,386.00 | $958,779.39 | $958,779.39 | $958,779.39 | | X |
| Commercial Design Engineering, Ltd.<br>2710 Delta Place<br>Colorado Springs, CO 80910 | $3,723,270.07 | $4,326,745.76 (secured) | $4,326,745.76 (secured) | $4,326,745.76 | | X |
| Custom Installers, LLC<br>c/o James Belgum, Esq.<br>1400 16th St., 6th Floor<br>Denver, CO 80202 | $82,769.00 | $99,727.04 | $99,727.04 | $99,727.04 | | X |
| G.H. Daniels & Assoc.<br>140 G.H. Daniels Blvd.<br>Gypsum, CO 81637 | $23,169.40 | $21,980.39 | $23,169.40 | $21,980.39 | | X |
| Guy's Floor Service, Inc.<br>c/o transferee<br>Shaw Construction, LLC<br>Mark Fulford, Esq.<br>633 17th St., Suite 3000<br>Denver, CO 80202 | $176,623.20 | $176,623.20 | $176,623.20 | $176,623.20 | | X |
| M&D Construction, Inc.<br>7808 Cherry Creek Dr. S.<br>Suite 212<br>Denver, CO 80231 | $828,740.75 | $910,503.82 | $910,503.82 | $910,503.82 | | X |
| Midwest Drywall Co.<br>1351 S. Reca Court<br>Wichita, KS 67209 | Not scheduled | $43,698.00 | $43,698.00 | $43,698.00 | X | |
| Salina Planing Mill, Inc.<br>1100 West Crawford<br>Salina, KS 67401 | $358,807.79 | $603,869.75 | $573,384.20 | $603,869.75 | | X |
| Shaw Construction, LLC<br>760 Horizon Drive<br>Grand Junction, CO 81506 | $8,100,260.85 | $8,100,260.85 | $16,839,270.21 | $8,100,260.85 | | X |
| Slifer Designs, Inc.<br>216 Main St., Suite C-100<br>Edwards, CO 81632 | $386,485.73 | $404,129.01 | $404,129.01 | $404,129.01 | | X |
| The Gallegos Corporation<br>PO Box 821<br>Vail, CO 81658 | $187,051.66 | $187,051.66 | $187,051.66 | $187,051.66 | | X |
| Zehren and Assoc., Inc.<br>c/o Paul G. Urtz, Esq.<br>1660 Lincoln St., #2850<br>Denver, CO 80264 | $379,750.67 | $437,264.52 | $437,264.25 | $437,264.25 | X | |
| | | | TOTAL: | $16,301,683.12 | $480,962.25 | $15,820,720.87 |

**CLASS 3 – No Proof of Claim Filed**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Synthetic Sidings, Inc. 33 Violet Lane Eagle, CO 81631 | $800.00 (unsecured) | None filed | $880.00 | $880.00 | | X |
| W. West Equipment c/o David Leyden, Esq. 9355 Northfield Blvd. Denver, CO 80238 | Not scheduled | None filed | $78,918.72 | $78,918.72 | | X |
| | | | TOTAL: | $79,798.72 | $0.00 | $79,798.72 |

**CLASS 4 – Allowed Secured Claim of Capmark Bank**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Capmark Bank 6955 Union Park Center Suite 330 Salt Lake City, UT 84047  116 Welsh Road Horsham, PA 19044 | $23,663,131.00 | $25,420,927.74 | $28,904,284.88 | $25,420,927.74 | | X |
| | | | TOTAL: | $25,420,927.74 | $0.00 | $25,420,927.74 |

**CLASS 5 – Allowed Claims of Holders of Unexpired Equipment Leases or Executory Contracts**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| No votes | | | | | | |
| | | | TOTAL: | $0.00 | $0.00 | $0.00 |

**CLASS 6 – Allowed Claims of Unsecured Non-Insider Trade Creditors of Development, Including Allowed Claims of any Taxing Authority for Penalties not Related to Actual Pecuniary Loss**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| ARC Integrated Program Management c/o Arnold & Arnold 7691 Shaffer Parkway Suite A Littleton, CO 80127 | $167,077.27 | $175,379.51 | $175,379.00 | $175,379.51 | | X |
| Ballard Spahr, LLP 1225 17th St., Suite 2300 Denver, CO 80202 | $425,063.74 | $573,506.37 | $573,506.00 | $573,506.37 | | X |
| Commercial Design Engineering, Ltd. 2710 Delta Place Colorado Springs, CO 80910 | Not scheduled | $130,172.60 (unsecured) | $130,172.60 (unsecured) | $130,172.60 | | X |
| Faegre & Benson, LLP 1900 15th Street Boulder, CO 80302 | $39,119.00 | $39,409.50 | $39,409.50 | $39,409.50 | | X |
| Guy's Floor Service, Inc. c/o transferee Shaw Construction, LLC Mark Fulford, Esq. 633 17th St., Suite 3000 Denver, CO 80202 | Not scheduled | $1,536.00 | $1,536.00 | $1,536.00 | | X |
| MSC Industrial Supply 75 Maxess Road Melville, NY 11747 | $14.09 | $316.10 | $14.09 | $316.10 | X | |
| RE/COR Inc. 8025 South Logan Court Littleton, CO 80122 | $2,115.00 | $2,115.00 | $2,115.00 | $2,115.00 | X | |
| Schuff Steel Mgmt. Co. c/o Scott Sandberg, Esq. 1200 17th St., Suite 1900 Denver, CO 80202 | $0.00 | $749,967.86 | $749,967.86 | $749,967.86 | | X |
| Shaw Construction, LLC 760 Horizon Drive Grand Junction, CO 81506 | $6,132.00 | No unsecured amount included on POC | $1,164,430.00 | $1,164,430.00 | | X |
| | | | TOTAL: | $2,836,832.94 | $2,431.10 | $2,834,401.84 |

## CLASS 6 – No Proof of Claim Filed

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Commercial Specialists of Western Colorado, LLC 601 Mulberry Street Grand Junction, CO 81501 | Not scheduled | None filed | $13,827.30 | $13,827.30 | | X |
| Hospitality Trends PO Box 5020 Eagle, CO 81631 | $1,297.20 | None filed | None | $1,297.20 | | X |
| Marotta Gund Budd & Dzera, LLC 360 Lexington Avenue New York, NY 10017 | $22,741.50 | None filed | $36,637.00 | $36,637.00 | | X |
| Millette Holdings, Inc. 2150 Alpine Vail, CO 81657 | Not scheduled | None filed | $36,838.81 | $36,838.81 | | X |
| Oldcastle SWG d/b/a B&B Excavating PO Box 3609 Grand Junction, CO 81502 | $39,874.87 | None filed | $39,874.00 | $39,874.00 | | X |
| Rolf Jensen & Assoc. 600 West Fulton Chicago, IL 60661 | Not scheduled | None filed | $3,200.00 | $3,200.00 | | X |
| Thompson Welding, LLC PO Box 687 Eagle, CO 81631 | $12,316.32 | None filed | $3,300.00 | $3,300.00 | | X |
| Vail Plaza Hotel Management, LLC 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | $1,898,456.00 | $1,898,456.00 | X | |
| Vail Plaza Hotel Management, LLC 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | $370,000.00 | $370,000.00 | X | |
| | | | TOTAL: | $2,403,430.31 | $2,268,456.00 | $134,974.31 |

## CLASS 7 – Allowed Claims of Club Unit Owners for Compensatory Damages

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Bruce and Debra Clay 21 Lefferts Road Garden City, NY 11530 | $0.00 | $333,142.00 | None | $333,142.00 | | X |

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Heliox Capital Limited<br>Montes Urales 632-401<br>11000 Mexico City DF<br>Mexico | Not scheduled | $713,296.00 | None | $713,296.00 | | X |
| Tommy Hoffman<br>1000 Lions Ridge Loop<br>Suite 3-A<br>Vail, CO 81657 | $0.00 | $487,050.00 | None | $487,050.00 | | X |
| Glen and Diane Mogan<br>c/o F. Brittin Clayton<br>1001 17th St., Suite 1800<br>Denver, CO 80202 | $0.00 | $259,862.00 | None | $259,862.00 | | X |
| Ford Schick/Waterfront Development, LLC<br>c/o F. Brittin Clayton<br>1001 17th St., Suite 1800<br>Denver, CO 80202 | $0.00 | $371,053.00 | None | $371,053.00 | X | |
| 102 Class 7 Ballots submitted by F. Brittin Clayton, as agent | $0.00 | | $23,259,454 | $23,259,454 | | X |
| | | | TOTAL: | $25,423,857 | $371,053 | $25,052,804 |

## CLASS 7 – No Proof of Claim Filed

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Daniel Gasper & Cynthia Marlen<br>10699 E. Fernwood Ln.<br>Scottsdale, AZ 85262 | Not scheduled | None filed | $168,000.00 | $168,000.00 | X | |
| William L. Grammer<br>15462 Iron Horse Circle<br>Leawood, KS 66224 | $0.00 | None filed | $52,500.00 | $52,500.00 | X | |
| Robin Sullivan<br>c/o Michael Joyce, LLC<br>1900 Main St., 5th Floor<br>Irvine, CA 92614 | $0.00 | None filed | None | $0.00 | | X |
| | | | TOTAL: | $220,500.00 | $220,500.00 | $0.00 |

**CLASS 8 – Allowed Claims for Punitive or Exemplary Damages**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| 102 Class 8 Ballots submitted by F. Brittin Clayton, as agent | $0.00 | | $26,045,126 | $26,045,126 | | X |
| | | | TOTAL: | $26,045,126 | $0.00 | $26,045,126 |

**CLASS 9 – Allowed Claims of Daymer Corporation**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Daymer Corporation 16 Vail Road Vail, CO 81657 | $17,286.87 | $4,551,399.00 (#18) $2,644,112.00 (#19) | $4,551,399.00 | $4,551,399.00 | X | |
| | | | TOTAL: | $4,551,399.00 | $4,551,399.00 | $0.00 |

**CLASS 10 – Equity Interest of Vail Plaza Mezzanine**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| Vail Plaza Mezzanine 16 Vail Road Vail, CO 81657 | Not scheduled | None filed | Equity | Equity | X | |
| | | | TOTAL: | Equity | Equity | $0.00 |

**CLASS 11 – Late Filed Claims**

| CREDITORS NAME AND MAILING ADDRESS | AMOUNT SCHEDULED & IF DISPUTED | PROOF OF CLAIM AMOUNT | AMOUNT ON BALLOT | AMOUNT COUNTED FOR VOTE | ACCEPTS PLAN | REJECTS PLAN |
|---|---|---|---|---|---|---|
| No votes | | | | | | |
| | | | TOTAL: | $0.00 | $0.00 | $0.00 |

\* Where the amounts listed on a creditor's Proof of Claim and Ballot differed, the Proof of Claim amount was used as the amount counted for the creditor's vote.

DATED this 7th day of December, 2009.

        Respectfully submitted,

        SENDER & WASSERMAN, P.C.

        */s/ David V. Wadsworth*
        David V. Wadsworth, #32066
        1660 Lincoln Street, Suite 2200
        Denver, Colorado 80264
        303-296-1999 / 303-296-7600 FAX
        dvw@sendwass.com
        Attorneys for the Debtor-in-Possession

## **CERTIFICATE OF MAILING**

      I hereby certify that on this 7th day of November, 2009, true and correct copies of the foregoing **BALLOT SUMMARY** were placed in the United States mail, postage prepaid, addressed to those on the attached list.

        */s/ Rhonda A. Reynolds*
        For SENDER & WASSERMAN, P.C.

```
Label Matrix for local noticing        Garry R. Appel                    Jean C. Arnold
1082-1                                  1917 Market St.                   7691 Shaffer Pkwy.
Case 08-26920-HRT                       Ste. A                            Ste. A
District of Colorado                    Denver, CO 80202-1450             Littleton, CO 80127-3010
Denver
Mon Dec  7 11:41:00 MST 2009

(c)JAMES BELGUM                         Thomas C. Bell                    William A. Bianco
1400 16TH ST STE 600                    1550 17th St.                     1550 17th St.
DENVER CO  80202-1486                   Ste. 500                          Ste. 500
                                        Denver, CO 80202-1500             Denver, CO 80202-1500


Richard I. Brown                        Christian Caslin                  Rosanne Ciambrone
6333 17th St.                           953 S. Frontage Rd. W             190 S. LaSalle St.
Ste. 2700                               Suite 223                         Chicago, IL 60603-3410
Denver, CO 80202                        Vail, CO 81657-5710


Jon B. Clarke                           F. Brittin Clayton III            F. Brittin Clayton III
5290 DTC Parkway                        633 17th St.                      Isaacson Rosenbaum P.C.
Ste. 150                                Ste. 2200                         1001 17th St.
Greenwood Village, CO 80111-2764        Denver, CO 80202-3661             Ste. 1800
                                                                          Denver, CO 80202-2058


Nicolas De Lancie                       Gilbert R Egle                    Carl A. Eklund
Two Embarcadero Center                  1401 17th St.                     1225 17th St.
5th Floor                               Ste. 800                          Ste. 2300
San Francisco, CA 94111-3813            Denver, CO 80202-1246             Denver, CO 80202-5535


Mark L. Fulford                         Alison Goldenberg                 Peter B. Goldstein
633 17th St.                            999 18th St                       1875 Lawrence St.
Ste. 3000                               Suite 1551                        Ste. 740
Denver, CO 80202-3622                   Denver, CO 80202-2415             Denver, CO 80202-1847


Phillip Jones                           Robert B. Kaplan                  Dustin L. Kitson
200 N. 6th St                           Two Embarcadero Center            1200 17th St.
PO Box 338                              5th Floor                         Ste. 1900
Grand Junction, CO 81502-0338           San Francisco, CA 94111-3813      Denver, CO 80202-5854


Joseph H. Lemkin                        John A. Logan                     Peter J. Lucas
744 Broad St.                           650 S. Cherry St.                 1917 Market St.
Newark, NJ 07102-3802                   Ste. 1100                         Ste. A
                                        Denver, CO 80246-1813             Denver, CO 80202-1450


William R. Meyer                        Harvey Sender                     Matthew D. Skeen
1515 Wynkoop                            1660 Lincoln St.                  P.O. Box 218
Ste. 600                                Ste. 2200                         Georgetown, CO 80444-0218
Denver, CO 80202-1730                   Denver, CO 80264-2202


Jack L. Smith                           Shannon Wells Stevenson           US Trustee
Holland&Hart                            Davis Graham & Stubbs LLP         999 18th St.
PO Box 8749                             1550 17th St.                     Ste. 1551
Denver, CO 80201-8749                   Ste. 500                          Denver, CO 80202-2415
                                        Denver, CO 80202-1500
```

| | | |
|---|---|---|
| Paul G. Urtz<br>1660 Lincoln St.<br>Ste. 2850<br>Denver, CO 80264-2800 | David Wadsworth<br>1660 Lincoln St.<br>Ste. 2200<br>Denver, CO 80264-2202 | John R. Weiss<br>190 S. LaSalle St.<br>Ste. 3700<br>Chicago, IL 60603-3433 |
| Daniel C. Wennogle<br>PO Drawer 790<br>818 Colorado Ave.<br>Glenwood Springs, CO 81601-3350 | Michel P. Williams<br>1775 Sherman St.<br>Ste. 1600<br>Denver, CO 80203-4317 | Daniel F. Wolf<br>953 S. Frontage Rd. W<br>Suite 223<br>Vail, CO 81657-5710 |
| Edward Woodland<br>105 Capitol St., Suite 5<br>PO Box 0010<br>Eagle, CO 81631-0010 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

James Belgum
1400 16th St.
6th Floor
Denver, CO 80202

End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36