## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-26920 HRT |
| Vail Plaza Development, LLC ) | (Chapter 11) |
| EIN : 75-1981329 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | |
| Vail Plaza Mezzanine, LLC ) | Case No. 08-26924 HRT |
| EIN: 75-1981329 ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | Jointly Administered Under |
| ) | Case No. 08-26920 HRT |
| ) | |

**SHAW CONSTRUCTION LLC'S SUMMARY REPORT OF BALLOTS ON SHAW'S FOURTH AMENDED PLAN OF LIQUIDATION**

**AND**

**ON THE JOINT PLAN OF 176 CLUB ESTATE OWNERS AND CAPMARK BANK**

Secured and unsecured creditor Shaw Construction LLC submits the following Summary Report of Ballots concerning Shaw's Fourth Amended Plan of Liquidation under Chapter 11 of the Bankruptcy Code ("Shaw's Plan," Docket No. 549) and on the Joint Chapter 11 Plan of 176 Club Estate Owners and Capmark Bank (the "Joint Plan", "Club Owners", and "Bank," Docket No. 525) pursuant to the court's November 5, 2009 Order Approving Disclosure Statements and Setting Confirmation Hearing (Docket No. 539). These listings only reflect the statements made by those submitting ballots on their ballots, and Shaw makes no admission of the amount, validity or priority of the claims or their secured status, and reserves all rights to object to those claims for all purposes, including but not limited to voting and distributions.

**VOTING ON SHAW'S PLAN**

CLASS I - ALLOWED PROPERTY TAX CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Eagle County | $600,000.00 | | X | 2nd |

## CLASS 2 – SENIOR SECURED MECHANICS LIEN CLAIMS

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Salina Planing Mill, Inc. | $573,384.20 | X | | 1st |
| Guy's Floor Service, Inc. | $176,623.20 | X | | 1st |
| Commercial Design Engineering | $4,326,745.76 | X | | 1st |
| A-Phase Electric, LLC | $31,050 | | X | |
| B & B Electric, Inc. | $958,779.39 | X | | 1st |
| W.West Equipment | $78,918.72 | X | | 1st |
| Midwest Drywall Co., Inc. | $43,698 | X | | 2nd |
| Shaw Construction, LLC | $16,839,270.21 | X | | 1st |
| Synthetic Sidings, Inc. | $880.00 | X | | 1st |
| M & D Construction | $910,503.82 | X | | 2nd |
| The Gallegos Corporation | $187,051.66 | X | | 1st |
| Custom Installers, LLC | $99,727.04 | X | | 1st |
| GH Daniels & Associates | $23,169.40 | X | | 1st |
| Slifer Designs, Inc. | $404,129.01 | X | | 1st |
| Commercial Specialists of Western Colorado, LLC | $13,287.30 | X | | 1st |
| Zehren and Associates, Inc. | $437,264.25 | | X | |
| Total Amount for Accepts: | | $24,636,167.71 | | |
| Total Number of Accepts | | 14 | | |

| | | |
|---|---|---|
| Total Amount for Rejects: | | $468,314.25 |
| Total Number of Rejects | | 2 |

### CLASS 3 – SENIOR SECURED CLAIM OF VAIL PLAZA CONDOMINIUM ASSOCIATION

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | $2,375,000 | | X | |

### CLASS 3 – SECURED CAPMARK BANK CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Capmark Bank | $28,904,284.88 | | X | |

### CLASS 4 – JUNIOR SECURED MECHANICS LIEN CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | | | | |

### CLASS 5 – JUNIOR SECURED CLAIM OF VAIL PLAZA CONDOMINIUM ASSOCIATION

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | $17,528,370 | | X | |

### CLASS 6 – GENERAL UNSECURED CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| MSC Industrial Supply | $14.09 | X | | |
| Marotta Gund Budd & Dzero, LLC | $36,637 | | X | |
| Oldkastle SWG dba B&B Excavating | $39,874 | X | | 1st |
| RE/COR, Inc. | $2,115 | | X | |

| Creditor | Amount | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Rolf Jensen & Associates | $3,200 | | X | |
| Faegre & Benson, LLP | $39,409.50 | X | | |
| Thompson Welding LLC | $3,300 | X | | 2nd |
| Ballard Spahr LLP | $573,506 | X | | 2nd |
| Schuff Steel Management Company Colorado LLC | $749,967.86 | X | | 1st |
| ARC Integrated Program Management | $175,379 | X | | |
| Hospitality Trends | | X | | 1st |
| Millette Holdings Inc. | $36,838.31 | | X | |
| Guy's Floor Service, Inc. | $1,536 | X | | 1st |
| Commercial Design Engineering | $130,172.60 | X | | 1st |
| Shaw Construction, LLC | $1,164,430 | X | | 1st |
| Total Amount for Accepts: | | $2,877,589.05 | | |
| Total Number for Accepts | | 11 | | |
| Total Amounts for Rejects: | | | $78,790.31 | |
| Total Number for Rejects | | | 4 | |

### CLASS 7 – FRACTIONAL INTEREST OWNERS CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Ford Schick/Waterfront Development LLC | | X | | |
| Dr. Glen and Diane Mogan | | | X | |
| Bryce J. Clay and Debra A. Clay | | | X | |
| Heliox Capital | | | X | |

4

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Limited Daniel Gasper and Cynthia Marlen | $168,000 | X | | 1st |
| Robin Frances Sullivan | | | X | |
| 102 Class 7 Ballots submitted by F. Brittin Clayton, as agent | $23,259,454 | | X | |
| Total Number of Accepts | | 2 | | |
| Total Amount for Accepts: | | $168,000 | | |
| Total Amount for Rejects: | | | $23,259,454 | |
| Total Number of Rejects | | | 5 | |

## CLASS 8 – SUBORDINATED CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Daymer Corporation | $4,551,399 | | X | |
| Vail Plaza Hotel Management, LLC | $1,898,456 | | X | |

## CLASS 9 – MEMBERSHIP INTEREST OF VAIL PLAZA MEZZANINE

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | | | X | |

**VOTING ON THE JOINT PLAN**

## CLASS 1 - ALLOWED PROPERTY TAX CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Eagle County | $600,000.00 | | X | 1st |

## CLASS 2 – SENIOR SECURED MECHANICS LIEN CLAIMS

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Salina Planing Mill, Inc. | $573,384.20 | X | | 2nd |
| Guy's Floor Service, Inc. | $176,623.20 | X | | 2nd |
| Commercial Design Engineering | $4,326,745.76 | X | | 2nd |
| A-Phase Electric, LLC | $31,050 | X | | |
| B & B Electric, Inc. | $958,779.39 | X | | 2nd |
| W.West Equipment | $78,918.72 | X | | 2nd |
| Midwest Drywall Co., Inc. | $43,698 | X | | 3rd |
| Shaw Construction, LLC | $16,839,270.21 | | X | 2nd |
| Synthetic Sidings, Inc. | $880.00 | | X | |
| M & D Construction | $910,503.82 | X | | 1st |
| The Gallegos Corporation | $187,051.66 | X | | 2nd |
| Custom Installers, LLC | $99,727.04 | X | | 2nd |
| GH Daniels & Associates | $23,169.40 | X | | 2nd |
| Slifer Designs, Inc. | $404,129.01 | | X | 2nd |
| Commercial Specialists of Western Colorado, LLC | $13,827.30 | X | | 2nd |
| Zehren and Associates, Inc. | $437,264.25 | | X | 2nd |
| Total Amount for Accepts: | | $7,423,478.49 | | |
| Total Number of Accepts: | | 12 | | |

6

LITIGATION\2135937.2

| | | | | |
|---|---|---|---|---|
| Total Amount for Rejects: | | | $17,681,543.47 | |
| Total Number of Rejects: | | | 4 | |

### CLASS 3 – SENIOR SECURED CLAIM OF VAIL PLAZA CONDOMINIUM ASSOCIATION

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | $2,375,000 | | X | |

### CLASS 4 – SECURED CAPMARK BANK CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| Capmark Bank | $28,904,284.88 | | X | |

### CLASS 5 – JUNIOR SECURED MECHANICS LIEN CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | | | | |

### CLASS 6 – JUNIOR SECURED CLAIM OF VAIL PLAZA CONDOMINIUM ASSOCIATION

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | $17,528,370 | X | | |

### CLASS 7 – GENERAL UNSECURED CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| MSC Industrial Supply | $14.09 | X | | 2nd |
| Marotta Gund Budd & Dzero, LLC | $36,637 | | X | |
| Oldkastle SWG dba B&B Excavating | $39,874 | X | | 2nd |
| RE/COR, Inc. | $2,115 | | X | |

| Creditor | Amount | Col A | Col B | Order |
|---|---|---|---|---|
| Rolf Jensen & Associates | $3,200 | | X | |
| Daymer Corporation | $4,551,399 | | X | |
| Vail Plaza Hotel Mgt, LLC | $1,898,456 | | X | |
| Faegre & Benson, LLP | $39,409.50 | | X | |
| Thompson Welding LLC | $3,300 | X | | 1st |
| Ballard Spahr LLP | $573,506 | X | | 1st |
| Schuff Steel Management Company Colorado LLC | $749,967.86 | X | | 2nd |
| ARC Integrated Program Management | $175,379 | | X | |
| Hospitality Trends | | X | | 2nd |
| Millette Holdings Inc. | $36,838.31 | X | | |
| Commercial Specialists of Western Colorado, LLC | $13,287.30 | X | | 2nd |
| Guy's Floor Service, Inc. | $1,536 | X | | 2nd |
| Commercial Design Engineering | $130,172.60 | X | | 2nd |
| Shaw Construction, LLC | $1,164,430 | | X | 2nd |
| Ford Schick/Waterfront Development LLC | | X | | |
| Dr. Glen and Diane Mogan | | X | | |
| Bryce J. Clay and Debra A. Clay | | X | | |
| Heliox Capital Limited | | X | | |
| Daniel Gasper and Cynthia Marlen | $168,000 | X | | 2nd |
| Robin Frances Sullivan | | X | | |

8

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| 102 Class 7 Ballots submitted by F. Brittin Clayton, as agent | $26,045,126 | X | | |
| Total Amount for Accepts: | | $27,594,162.16 | | |
| Total Number of Accepts: | | 17 | | |
| Total Amount for Rejects: | | | $7,871,025.50 | |
| Total Number of Rejects: | | | 8 | |

### CLASS 8 – PUNITIVE DAMAGES CLAIM

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| 102 Class 8 Ballots submitted by F. Brittin Clayton, as agent | $26,045,126 | X | | |

### CLASS 9 – SUBORDINATED CLAIMS

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | | | | |

### CLASS 10 – MEMBERSHIP INTEREST OF VAIL PLAZA MEZZANINE

| Creditor | Amount Shown on Ballot | Accepts | Rejects | Preference |
|---|---|---|---|---|
| | | | X | |

9

Date: December 7th , 2009.

                                                                                      Respectfully submitted,

                                                                                      SHERMAN & HOWARD L.L.C.

                                                                                      By: /s/ Mark L. Fulford
                                                                                      Mark L. Fulford, Esq.
                                                                                      Michael J. Cook, Esq.
                                                                                      Jessica Morrison, Esq.
                                                                                      633 17th Street, Suite 3000
                                                                                       Denver, CO 80202
                                                                                      Telephone: (303) 297-2900

                                                                                       Attorneys for Secured and Unsecured Creditor Shaw Construction LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2009, a true and correct copy of the foregoing **SHAW CONSTRUCTION LLC'S SUMMARY REPORT OF BALLOTS ON SHAW'S FOURTH AMENDED PLAN OF LIQUIDATION AND ON THE JOINT PLAN OF 176 CLUB ESTATE OWNERS AND CAPMARK BANK** was sent via first-class mail to the following:

Harvey Sender, Esq.
David Wadsworth, Esq.
Sender & Wasserman, P.C.
1660 Lincoln Street, Suite 2200
Denver, CO 80264

Jack Smith, Esq.
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202-3979

John R. Weiss, Esq.
Rosanne Ciambrone, Esq.
Duane Morris LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603

Joseph H. Lemkin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

Robert B. Kaplan, Esq.
Nicolas De Lancie, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111

Michael P. Williams, Esq.
Wood, Ris & Hames, P.C.
1775 Sherman Street, Suite 1600
Denver, CO 80202

US Trustee
Attention: Alison Goldenberg, Esq.
999 18th Street, Suite 1551
Denver, CO 80202

Gilbert R. Egle, Esq.
Preeo Silverman Green & Egle, P.C.
1401 Seventeenth Street, Suite 800
Denver, CO 80202

Jon B. Clarke, Esq.
5290 DTC Parkway, Suite 150
Greenwood Village, CO 80111-2764

F. Brittin Clayton III, Esq.
Lyndsey R. Richard, Esq.
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202

Thomas C. Bell, Esq.
William A. Bianco, Esq.
Shannon Wells Stevenson, Esq.
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, CO 80202

James Belgum, Esq.
1400 16th Street, 6th Floor
Denver, CO 80202

Peter B. Goldstein, Esq.
1875 Lawrence Street, Suite 740
Denver, CO 80202

Peter J. Lucas, Esq.
L. Matthew Johnson, Esq.
Appel & Lucas, P.C.
1917 Market Street, Suite A
Denver, CO 80202

11

Garry R. Appel, Esq.
Appel & Lucas, P.C.
1917 Market Street, Suite A
Denver, CO 80202

Christian Caslin, Esq.
Wolf & Associates, P.C.
953 S. Frontage Rd. W, Suite 223
Vail, CO 81657

Christopher Coyle, Esq.
Daniel Wennogle, Esq.
Balcomb & Green, P.C.
P.O. Drawer 790
818 Colorado Avenue
Glenwood Springs, CO 81601

Matthew D. Skeen, Esq.
Skeen & Skeen, PC
P.O. Box 218
707 Brownell Street
Georgetown, CO 80444

John A. Logan, Esq.
Laff Campbell Tucker & Gordon, LLP
7730 E. Belleview Avenue, Suite 204
Greenwood Village CO 80111

Jean C. Arnold, Esq.
Arnold & Arnold, LLP
7691 Shaffer Parkway, Suite A
Littleton, CO 80127

Paul G. Urtz, Esq.
Stutz, Miller & Urtz, LLC
1660 Lincoln Street, #2850
Denver, CO 80264

Phillip Jones, Esq.
200 N. 6th Street
P.O. Box 338
Grand Junction, CO 81502

Dustin L. Kitson, Esq.
1200 17th Street, Suite 1900
Denver, CO 80202

William R. Meyer, Esq.
Polsinelli Shughart PC
1515 Wynkoop, Suite 600
Denver, CO 80202-1130

Paul D. Sinclair, Esq.
Andrew J. Nazar, Esq.
Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Richard Brown, Esq.
Lottner Rubin Fishman Brown & Saul, P.C.
633 17th Street, Suite 2300
Denver, CO 80202

Carl Eklund, Esq.
Ballard Spahr Andrews & Ingersoll LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596

Jared C. Walters, Esq.
Timothy J. Lamb PC
1401 17thy Street, Suite 330
Denver, CO 80202-1241

Glen Krahenbuhl, Esq.
Wells, Love & Scoby, LLC
225 Canyon Boulevard
Boulder, CO 80302

Edward Woodland
105 Capitol Street, Suite 5
P.O. Box 0010
Eagle, CO 81631

/s/ Roberta Neal
_____